1

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                      EASTERN DISTRICT OF CALIFORNIA

8

9    JASON P. LEGARE,                         1:20-cv-00761 EPG (PC)

10                     Plaintiff,

                                              ORDER TO SUBMIT APPLICATION
11         v.                                 TO PROCEED IN FORMA PAUPERIS
                                              OR PAY FILING FEE WITHIN 45 DAYS
12   CALIFORNIA DEPARTMENT OF
     CORRCTIONS AND
13   REHABILITATION, et al.,

14                     Defendant.

15

16        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

17   § 1983.  Plaintiff has not paid the $400.00 filing fee or applied to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.

19        Accordingly, IT IS HEREBY ORDERED that:

20        Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22   the $400.00 filing fee for this action. **No requests for extension will be granted without a**

23   **showing of good cause**.  **Failure to comply with this order will result in dismissal of this**

24   **action.**
     IT IS SO ORDERED.

25

26        Dated:    **June 3, 2020**                    /s/ _Erica P. Grosjean_

27                                              UNITED STATES MAGISTRATE JUDGE

28

                                              1