UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAUL LEGARE,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | No. 1:20-cv-00761-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(DOC NOS. 1 & 11) |

Plaintiff, Jason Paul Legare ("plaintiff"), proceeding *pro se* and *in forma pauperis*, filed the complaint initiating this action on May 29, 2020. (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 3, 2020, the assigned magistrate judge entered findings and recommendations, recommending that "[t]his action be dismissed as moot without leave to amend" and "[t]he Clerk of Court be directed to close this case." (Doc No. 11 at 7).

Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and proper analysis.

     Accordingly, THE COURT HEREBY ORDERS that:

1.     The findings and recommendations issued on September 3, 2020 (Doc. No. 11), are ADOPTED IN FULL;
2.     This action is DISMISSED as MOOT without leave to amend; and
3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 21, 2020**           /s/ Dale A. Drozd
                                              UNITED STATES DISTRICT JUDGE